| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 09 CR 1057 (RJS) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:13-00031 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Franz Tudor 3060 Brookview Forest Drive Nashville, Tennessee 37211 | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Richard J. Sullivan, ~~Senior~~ U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM June 1, 2012 — TO May 31, 2015 |

**OFFENSE**

Conspiracy to Commit Securities Fraud (18 U.S.C. 371), a Class D Felony.
Securities Fraud (15 U.S.C 78j(b) & 78ff), a Class C Felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/12/12
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-6-13
*Effective Date*

*United States District Judge*